UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TRENTON DEMUNN,<br><br>Defendant. | No. 26-MJ 2677<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Government has notified the Court that it intends to appeal the bail ruling issued by Magistrate Judge Figueredo, ordering the release of the defendant on bail after conditions are met. The parties are directed to file letters articulating their positions, along with the surveillance video, a copy of the transcript and the Pretrial Services Report by the end of day. The Court will hold the bail appeal on July 17, 2026 at 12:30 p.m. in Courtroom 1506 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

Dated: July 16, 2026
New York, New York

Ronnie Abrams
United States District Judge
**PART I**