UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

TRENTON DEMUNN,

Defendant.

No. 26-MJ-2677

ORDER

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED that for the reasons stated on the record, the bail conditions set by Magistrate Judge Figueredo on July 15, 2026, are revoked and the defendant shall remain detained pending trial.

SO ORDERED.

Dated: July 17, 2026
New York, New York

Ronnie Abrams
United States District Judge